PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
2:03CR00695-001

DOCKET NUMBER *(Rec. Court)*
1:07-CR-154 S

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION | |
|---|---|---|---|
| Andres Macias<br>17 Hawthorn Street<br>First Floor<br>Providence, Rhode Island 02907 | New Jersey | | |
| | NAME OF SENTENCING JUDGE<br>John C. Lifland | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM<br>6/2/06 | TO<br>6/1/2011 |

OFFENSE

Conspiracy to Distribute and Possession With Intent to Distribute More than One Kilogram of Heroin

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF NEW JERSEY**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF RHODE ISLAND upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12/3/07
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF RHODE ISLAND**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/20/07
*Effective Date*

*United States District Judge*

(Katrina Jones
20 Washington Place)

RECEIVED

DEC 5 2007

CHIEF U.S. PROBATION OFFICE
DISTRICT OF NJ