#7

2003R01546/TMW

FILED

SEP 2 9 2003

AT 8:30 ______________ M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| | : | |
| v. | : | Criminal No. 03- 695(JCL) |
| | : | |
| ANDRES MACIAS, a/k/a "Andres Masias" | : | 21 U.S.C. §§ 846, 841<br>18 U.S.C. § 2 |

# INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

## COUNT ONE

On or about September 22, 2003 through on or about September 25, 2003 in Union County, in the District of New Jersey, and elsewhere, defendant

ANDRES MACIAS,
a/k/a "Andres Masias"

did knowingly and intentionally conspire and agree with others to distribute and to possess with intent to distribute more than one kilogram of heroin, a Schedule I narcotic drug controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

In violation of Title 21, United States Code, Section 846.

Certified as a true copy on
This Date: 1/16/08
By ____
( ) Clerk
( ) Deputy

**COUNT TWO**

On or about September 25, 2003 in Union County, in the District of New Jersey, and elsewhere, defendant

ANDRES MACIAS,
a/k/a "Andres Masias"

did knowingly and intentionally distribute and possess with the intent to distribute, more than one kilogram of heroin, a Schedule I narcotic drug controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL

FOREPERSON
9/29/03

CHRISTOPHER J. CHRISTIE
United States Attorney

**CASE NUMBER:** ______________

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

**v.**

**ANDRES MACIAS,**
**a/k/a "Andres Masias"**

# INDICTMENT FOR

21 U.S.C. §§ 841 & 846
18 U.S.C. § 2

**A True Bill,**

[signature] 9/29/03
**Foreperson**

**CHRISTOPHER J. CHRISTIE**
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

TIFFANY M. WILLIAMS
*ASSISTANT U.S. ATTORNEY*
*973-645-2823*

**USA-48AD 8**