CLOSED, PRIOR

# U.S. District Court
# District of New Jersey [LIVE] (Newark)
# CRIMINAL DOCKET FOR CASE #: 2:03-cr-00695-JCL All Defendants
# Internal Use Only

Case title: USA v. MACIAS
Magistrate judge case number: 2:03-mj-06134

Date Filed: 09/29/2003
Date Terminated: 01/18/2005

---

Assigned to: Judge John C. Lifland

**Defendant**

**ANDRES MACIAS** (1)
*TERMINATED: 01/18/2005*
*also known as*
Andres Masias
*TERMINATED: 01/18/2005*

represented by **JOHN H. YAUCH**
OFFICE OF THE FEDERAL PUBLIC DEFENDER
972 BROAD STREET
NEWARK, NJ 07102
(973) 645-6347
Email: john_yauch@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846. CONSPIRACY TO DISTRIBUTE NARCOTICS(heroin) (dof 9/03) (1) | of Indictment: Imprisonment, 37 months. Supervised Release: 5 years, (60 months) w/conditions. Special Assessment: $100.00 payable immediately. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:841(a)(1)and 841(b)(1)(A)and 18:2. CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (2) | Dismissed. |

Certified as a true copy on
This Date: 1/10/08
By ______
( ) Clerk
( ✓ ) Deputy

**Highest Offense Level (Terminated)**

Felony

Case 1:07-cr-00154-S-DLM Document 2-4 Filed 01/16/2008 Page 2 of 5

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA** represented by **RICARDO SOLANO, JR.**
OFFICE OF THE US ATTORNEY
970 BROAD STREET
ROOM 700
NEWARK, NJ 07102
(973) 645-2724
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**TIFFANY M. WILLIAMS**
RIKER, DANZIG, SCHERER, HYLAND & PERRETTI, LLP
GOVERNMENTAL AFFAIRS PRACTICE GROUP
HEADQUARTERS PLAZA
ONE SPEEDWELL AVENUE
MORRISTOWN, NJ 07962-1981
(973) 451-8596
Email: tmwilliams@riker.com
*TERMINATED: 06/04/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/25/2003 | | ARREST of ANDRES MACIAS [ 2:03-m -6134 ] (nm) (Entered: 09/29/2003) |
| 09/26/2003 | 1 | COMPLAINT as to ANDRES MACIAS [ 2:03-m -6134 ] (nm) (Entered: 09/29/2003) |
| 09/26/2003 | 2 | Minutes of 9/26/03 before Magistrate Judge Susan D. Wigenton as to ANDRES MACIAS, Initial Appearance held. Detention Hearing set for 2:30 9/29/03 for ANDRES MACIAS ; (Defendant informed of rights.) (Court Reporter/ESR: tape Cr. I/03 (Wigenton)) [ 2:03-m -6134 ] (nm) (Entered: 09/29/2003) |
| 09/26/2003 | 3 | CJA 23 FINANCIAL AFFIDAVIT by ANDRES MACIAS [ 2:03-m - 6134 ] (nm) (Entered: 09/29/2003) |
| 09/26/2003 | 4 | ORDER as to ANDRES MACIAS, Appointing Federal Public Defender ( Signed by Magistrate Judge Susan D. Wigenton ) [ 2:03-m -6134 ] (nm) (Entered: 09/29/2003) |

| | | |
|---|---|---|
| 09/26/2003 | | (Court only) **Added Government Attorney TIFFANY M WILLIAMS as to ANDRES MACIAS [ 2:03-m -6134 ] (nm) (Entered: 09/29/2003) |
| 09/26/2003 | | (Court only) **Added for ANDRES MACIAS Attorney JOHN H. YAUCH [ 2:03-m -6134 ] (nm) (Entered: 09/29/2003) |
| 09/29/2003 | 5 | Minutes of 9/29/03 before Mag. Judge Ronald J. Hedges as to ANDRES MACIAS, Detention hearing held. (Court Reporter/ESR: 03-33) [ 2:03-m -6134 ] (nm) (Entered: 09/30/2003) |
| 09/29/2003 | 6 | ORDER OF DETENTION as to ANDRES MACIAS ( Signed by Mag. Judge Ronald J. Hedges ) [ 2:03-m -6134 ] (nm) (Entered: 09/30/2003) |
| 09/29/2003 | 7 | INDICTMENT as to ANDRES MACIAS (1) count(s) 1, 2 (tl) (Entered: 09/30/2003) |
| 09/29/2003 | | (Court only) **Added Government Attorney TIFFANY M WILLIAMS as to ANDRES MACIAS (tl) (Entered: 09/30/2003) |
| 09/29/2003 | 8 | NOTICE OF ALLOCATION AND ASSIGNMENT in Courtroom 4A Newark ( before Judge John C. Lifland ) (tl) (Entered: 09/30/2003) |
| 10/14/2003 | 9 | Minutes of 10/14/03 before Judge John C. Lifland as to ANDRES MACIAS, Arraignment Held. Defendant waives reading of the indictment. Defendant(s) pleads not guilty. Order for discovery and inspection filed setting the following dates. Motion Filing set for 11/10/03 for ANDRES MACIAS ; Trial with jury set for 12/9/03 for ANDRES MACIAS ; Responses to Motions due 11/24/03 Motion Return Date 12/1/03 , Order remanding the defendant. (Court Reporter/ESR: Lynn Johnson) (jn) (Entered: 10/28/2003) |
| 10/14/2003 | 10 | Order for Discovery and Inspection. ( signed by Judge John C. Lifland ) (jn) (Entered: 10/28/2003) |
| 12/08/2003 | 11 | ORDER as to ANDRES MACIAS, to Continue in Interests of Justice Time Excluded from 11/14/03 to 1/14/04 ( Signed by Judge John C. Lifland ) (it) (Entered: 12/23/2003) |
| 01/20/2004 | 12 | ORDER TO CONTINUE - Ends of Justice as to ANDRES MACIAS Time excluded from 1/15/04 until 2/15/04. . Signed by Judge John C. Lifland on 1/20/04. (tl, ) (Entered: 01/26/2004) |
| 02/20/2004 | 13 | ORDER TO CONTINUE - Ends of Justice as to ANDRES MACIAS Time excluded from 2/15/04 until 4/15/04. . Signed by Judge John C. Lifland on 2-20-04. (jn, ) (Entered: 02/25/2004) |
| 04/15/2004 | 14 | ORDER TO CONTINUE - Ends of Justice as to ANDRES MACIAS Time excluded from 4/15/04 until 5/15/04. . Signed by Judge John C. Lifland on 4/15/04. (tl, ) Additional attachment(s) added on 4/16/2004 (tl, ). (Entered: 04/15/2004) |
| 05/12/2004 | 15 | ORDER TO CONTINUE - Ends of Justice as to ANDRES MACIAS Time excluded from 5/15/04 until 6/15/04. . Signed by Judge John C. Lifland on 5/12/04. (tl, ) (Entered: 05/13/2004) |

| | | |
|---|---|---|
| 05/26/2004 | 16 | Minute Entry for proceedings held before Judge John C. Lifland :Status Conference as to ANDRES MACIAS held on 5/26/2004. Ordered that the Public Defender shall remain as the attorney for the defendant. Ordered defendant remanded. (Court Reporter Lynn Johnson.) (jn, ) (Entered: 06/03/2004) |
| 06/04/2004 | 17 | Substitution of Attorney - Attorney RICARDO SOLANO, JR. for USA added. Attorney TIFFANY M WILLIAMS terminated. (jn, ) (Entered: 06/04/2004) |
| 06/08/2004 | 18 | ORDER TO CONTINUE - Ends of Justice as to ANDRES MACIAS Time excluded from 6/16/04 until 7/16/04. . Signed by Judge John C. Lifland on 6/8/04. (tl, ) (Entered: 06/09/2004) |
| 07/14/2004 | 19 | ORDER TO CONTINUE - Ends of Justice as to ANDRES MACIAS Time excluded from 7/17/04 until 8/16/04. . Signed by Judge John C. Lifland on 7/14/04. (tl, ) (Entered: 07/20/2004) |
| 08/11/2004 | 20 | ORDER TO CONTINUE - Ends of Justice as to ANDRES MACIAS Time excluded from 8/17/04 until 9/16/04. . Signed by Judge John C. Lifland on 8/11/04. (tl, ) (Entered: 08/11/2004) |
| 09/16/2004 | 21 | ORDER TO CONTINUE - Ends of Justice as to ANDRES MACIAS Time excluded from 9/17/04 until 10/26/04. . Signed by Judge John C. Lifland on 9/16/04. (tl, ) (Entered: 09/17/2004) |
| 10/07/2004 | 22 | Minute Entry for proceedings held before Judge John C. Lifland :Change of Plea Hearing as to ANDRES MACIAS held on 10/7/2004. Defendant retracted his plea of not guilty and plead guilty to count one of the indictment. Rule 11 and Plea Agreement forms filed. Sentence date set for 1/13/05 at 12:15 p.m. Ordered defendant remanded. (Court Reporter Lynne Johnson.) (jn, ) (Entered: 10/08/2004) |
| 10/07/2004 | 23 | APPLICATION for permission to enter Plea of guilty (jn, ) (Entered: 10/08/2004) |
| 10/07/2004 | 24 | PLEA AGREEMENT as to ANDRES MACIAS (jn, ) (Entered: 10/08/2004) |
| 01/13/2005 | 25 | Minute Entry for proceedings held before Judge John C. Lifland :Hearing on government's motion for a downward departure. Ordered motion granted. Sentencing held on 1/13/2005 for ANDRES MACIAS (1), Count(s) 1, of Indictment: Imprisonment, 37 months. Supervised Release: 5 years, (60 months) w/conditions. Special Assessment: $100.00 payable immediately.; Count(s) 2, Dismissed. Ordered defendant remanded. The court recommended that the defendant be housed at Ft. Dix, NJ. (Court Reporter Lynne Johnson.) (jn, ) (Entered: 01/26/2005) |
| 01/18/2005 | 26 | JUDGMENT as to ANDRES MACIAS (1), Count(s) 1, of Indictment: Imprisonment, 37 months. Supervised Release: 5 years, (60 months) w/conditions. Special Assessment: $100.00 payable immediately.; Count (s) 2, Dismissed. . Signed by Judge John C. Lifland on 1/18/05. (jn, ) (Entered: 01/26/2005) |
| | | |

| | | |
|---|---|---|
| 01/18/2005 | | (Court only) ***Set/Clear Flags as to ANDRES MACIAS, ***Terminated defendant ANDRES MACIAS, pending deadlines, and motions. (jn, ) (Entered: 01/26/2005) |
| 01/08/2008 | 27 | Supervised Release Jurisdiction Transferred to UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND as to ANDRES MACIAS (Transmittal Letter sent 1/10/08) (jgb) (Entered: 01/10/2008) |